IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

JO LYNN WALKER,

    Plaintiff,

vs.

COMMISSIONER,
Social Security Administration,

    Defendant.

Case No. 6:16-cv-00955-AA

ORDER FOR PAYMENT OF ATTORNEY FEES PURSUANT TO EAJA

IT IS HEREBY ORDERED that attorney fees in the amount of $5,702.46 are hereby awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 ("EAJA"). Payment of this award shall be paid via check made payable to Plaintiff and mailed to Plaintiff's attorneys at Harder, Wells, Baron & Manning, P.C., 474 Willamette Street, Eugene, Oregon 97401. Pursuant to *Astrue v. Ratliff*, the award shall be made payable to Plaintiff's attorneys, Harder, Wells, Baron & Manning, P.C., if the Commissioner confirms that Plaintiff owes no debt to the government through the Federal Treasury Offset program. There are no costs or expenses to be paid herein.

Dated this 29 day of January 2018.

_____
Ann Aiken
United States District Judge

Proposed Order submitted by:
Katherine L. Eitenmiller
HARDER, WELLS, BARON & MANNING, P.C.
474 Willamette Street, Eugene, OR 97401
(541) 686-1969
keitenmiller@hwbm.net
Of Attorneys for Plaintiff